ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Avant Assessment, LLC ) ASBCA No. 58866
)
Under Contract No. W9124N-11-C-0033 )

APPEARANCES FOR THE APPELLANT: Dirk D. Haire, Esq.
Alexa Santora, Esq.
Sean Milani-nia, Esq.
Rachel M. Severance, Esq.
  Fox Rothschild LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
MAJ Bruce L. Mayeaux, JA
CPT Harry M. Parent III, JA
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 18 October 2017

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58866, Appeal of Avant Assessment, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals